The Law Offices of Jacob Aronauer<br>
225 Broadway, 3rd Floor<br>
New York, New York 10007<br>
(212) 323-6980<br>
jaronauer@aronauerlaw.com

February 4, 2021

<u>Via ECF</u>　　　　　　　　　　　　　　　　　　　　　　**MEMO ENDORSED**
Hon. Sidney H. Stein
United States Courthouse
500 Pearl St.
New York, NY 10007

　　　Re:　Cuesta v. Alpha Shoe Repair Corp.
　　　　　 20-cv-10368 (SHS)

Dear Judge Stein:

　　Plaintiff requests to adjourn the initial conference scheduled for February 8, 2021. I apologize for the belated request. This is Plaintiff's first request to adjourn the conference. The basis for the request is that despite efforts to serve the individual Defendant we have thus far been unsuccessful. This is Plaintiff's first request for an adjournment.

　　　　　　　　　　　　　　　　　　　　　　Respectfully

　　　　　　　　　　　　　　　　　　　　　　*/s Jacob Aronauer*
　　　　　　　　　　　　　　　　　　　　　　Jacob Aronauer

The conference is adjourned to March 2, 2021, at 11:00 a.m.

Dated: New York, New York
　　　 February 4, 2021

SO ORDERED

*/s/ Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.