The Law Offices of Jacob Aronauer<br>
225 Broadway, 3rd Floor<br>
New York, New York 10007<br>
(212) 323-6980<br>
jaronauer@aronauerlaw.com

March 1, 2021

**MEMO ENDORSED**

**Via ECF**
Hon. Sidney H. Stein
United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:    Cuesta v. Alpha Shoe Repair Corp.
             20-cv-10368 (SHS)

Dear Judge Stein:

    Plaintiff requests to adjourn the initial conference scheduled for March 2, 2021. I apologize for the belated request and I recognize it is unacceptable. This is Plaintiff's second request to adjourn the conference. The basis for the request is that we were finally able to serve the individual Defendant Jairo Cardenas in this matter. *See* dkt 14.

    Again, I recognize that the timing of this request is unacceptable and I promise the Court that it will not happen again. In order to give Defendants time to obtain an attorney, I request that the Court not order the initial case conference until mid-April.

    On behalf of my client, I thank the Court for its consideration.

                                                              Respectfully

                                                               */s Jacob Aronauer*
                                                               Jacob Aronauer

**The conference is adjourned to April 20, 2021, at 10:30 a.m.**

Dated: New York, New York
          March 1, 2021

SO ORDERED

*/s/ Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.